UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-551M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MELVIN CHARLES SLAUGHTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

    Bank Fraud (4 counts)

<u>Date of Detention Hearing</u>:   October 18, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged by complaint with four counts of bank fraud beginning in

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 1

2004 and continuing until on or about September 28, 2006.

(2) Defendant's record includes both a lengthy juvenile and adult criminal history. He has a 2004 perjury charge. His record includes multiple failure to appear for hearings. He is associated with three alias names and two dates of birth.

(3) The AUSA proffers that some of the alleged offending conduct occurred while the defendant was already under investigation for some of the bank fraud charges set forth in the complaint, and after he had been appointed counsel. He had been arrested and released from custody when the subsequent offending conduct allegedly occurred.

(4) The AUSA proffers that the employment which defendant has secured should he be released is with an employer who is an unindicted co-conspirator in this case, and with a company that is being investigated for mortgage fraud in a separate investigation.

(5) The weight of the evidence in this case is strong, in that defendant allegedly has confessed.

(6) The defendant poses a risk of nonappearance due to association with alias names and dates of birth, a history of failing to appear, some discrepant information provided during the pretrial interview, use of a controlled substance, and an outstanding bench warrant. He poses a risk of danger based on the nature of the current charges, allegations in the complaint that he threatened a potential witness, his criminal history, and the allegations of additional criminal behavior while the instant investigation was pending.

(7) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge